Certificate Number: 16339-PAW-DE-033860892

Bankruptcy Case Number: 19-24616



16339-PAW-DE-033860892

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 22, 2019, at 3:15 o'clock PM EST, Renee Vinisky completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 22, 2019          By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor