UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SCOTT A. VINISKY and
RENEE M. VINISKY,

    DEBTORS.

BANKRUPTCY NO: 19-24616-JAD

CHAPTER 7

---

UNITED STATES TRUSTEE,

    MOVANT,

v.

SCOTT A. VINISKY and
RENEE M. VINISKY,

    RESPONDENTS.

RELATED TO DOC. NO. 16

## ORDER OF COURT

AND NOW, on this <u>6th</u> day of <u>March,</u> 2020, it appearing that the United States Trustee has filed a motion to extend the time for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3); and that sufficient cause for the extension exists; the period for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) is hereby extended to **June 10, 2020**.

_____  mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY COURT

CASE ADMINISTRATOR SHALL SERVE:
  All Creditors and Parties in Interest

FILED
3/6/20 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24616-JAD
Scott A. Vinisky                                                          Chapter 7
Renee M Vinisky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 2              Date Rcvd: Mar 06, 2020
                             Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db/jdb         +Scott A. Vinisky,    Renee M Vinisky,    555 Equestrian Way,    Mount Pleasant, PA 15666-3423
15164305       +Cap1/dbarn,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
15164312       +Northwest Bank,    Attn: Bankruptcy,    Po Box 128,    Warren, PA 16365-0128
15165018       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15164315       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15164319       +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2020 02:39:42
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15164304       +E-mail/Text: ally@ebn.phinsolutions.com Mar 07 2020 02:35:18     Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15164306       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 07 2020 02:29:21     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15164307       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 07 2020 02:35:27     Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15164308       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 07 2020 02:35:28     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15164309       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 07 2020 02:35:27     Comenity Bank/Peebles,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15164310       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 07 2020 02:35:27
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15164311       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 07 2020 02:27:57     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15164314       +E-mail/PDF: cbp@onemainfinancial.com Mar 07 2020 02:26:25     OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
15164316       +E-mail/Text: BKRMailOPS@weltman.com Mar 07 2020 02:35:25     Sterling Jewelers/Kay Jewelers,
                 Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
15164317       +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2020 02:26:30     Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15164318       +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2020 02:26:30     Synchrony Bank/QVC,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
15164313       ##+Northwest Consumer Dis,    374 Country Side Plz,    Mt Pleasant, PA 15666-1867
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
          Corey J. Sacca    on behalf of Debtor Scott A. Vinisky csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
           3230706420@filings.docketbird.com

```
District/off: 0315-2          User: lfin               Page 2 of 2                Date Rcvd: Mar 06, 2020
                              Form ID: pdf900          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Corey J. Sacca    on behalf of Joint Debtor Renee M Vinisky csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com
          James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
          Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com, jas@nsslawfirm.com, PA73@ecfcbis.com
          Lisa M. Swope    lms@nsslawfirm.com, jas@nsslawfirm.com,PA73@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          TOTAL: 7

Case 19-24616-JAD    Doc 19    Filed 03/08/20    Entered 03/09/20 01:38:10    Desc Imaged
Certificate of Notice    Page 3 of 3